

# United States Department of Justice
United States Attorney
Northern District of Mississippi

| | |
|---|---|
| 900 Jefferson Avenue | Telephone: 662.234.3351 |
| Oxford, Mississippi 38655 | Facsimile: 662.234.3318 |

April 3, 2020

ecf_information@msnd.uscourts.gov
Honorable David Crews
Clerk of the Court
#369 Federal Building
911 Jackson Avenue
Oxford, MS 38655-3622

    Re:    Introduction of TVA Attorneys, **James S. Chase** and **Ibrahim M. Berro**

            *U.S. ex rel. TVA v. An Easement and Right-of-Way over Land in Oktibbeha Cnty., and Elbert J. Day, et al.*
            Civil Action No. 1:20-CV-00047-SA-DAS (N.D. Miss.)

            *U.S. ex rel. TVA v. An Easement and Right-of-Way over Land in Oktibbeha Cnty.,and Ebeneezer Farms, LLC*
            Civil Action No. 1:20-CV-00052-GHD-DAS (N.D. Miss.)

Dear Mr. Crews:

    This letter is to serve as an introduction of James S. Chase, Trial Attorney, and Ibrahim M. Berro, Trial Attorney, pursuant to Local Uniform Civil Rule 83.1(d)(10). With the Court's permission, Messrs. Chase and Berro will be added as counsel for the United States ex rel TVA.

    Mr. Chase's contact information is as follows:

        James S. Chase, Esq.
        TVA General Counsel's Office
        400 West Summit Hill Drive
        Knoxville, Tennessee 37902
        Telephone: 865.632.4239
        Facsimile: 865.632.2422
        Email: jschase@tva.gov
        Tennessee Bar No. 020578

Mr. Berro's contact information is as follows:

> Ibrahim M. Berro, Esq.
> TVA General Counsel's Office
> 400 West Summit Hill Drive
> Knoxville, Tennessee 37902
> Telephone 865.632.7295
> Facsimile 865.632.2422
> Email imberro@tva.gov
> Tennessee Bar No. 036731

As always, if the court needs anything else in this matter, please contact me at the office number 662-234-3351.

> Sincerely,
>
> WILLIAM C. LAMAR
> United States Attorney
>
> By:  */s/ JOHN E. GOUGH, JR.*
> JOHN E. GOUGH, JR.
> Chief, Civil Division, NDMS

JEG/lh
cc:   Mr. James S. Chase
      jschase@tva.gov
      Mr. Ibrahim M. Berro
      imberro@tva.gov